# Court of Appeals
# of the State of Georgia

ATLANTA,____April 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0315.  WILHY HARPO v. MORDENA BOLT et al.**

On October 23, 2014, the trial court entered an order denying Wilhy Harpo's request to file a notice of appeal.  On January 22, 2014, Harpo filed an application for discretionary appeal in the Supreme Court, which later transferred the matter here.  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Harpo filed his application 91 days after the trial court's order.  Therefore, the application is untimely and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/10/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*